THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents, *v.* PUBLIC SERVICE COMMISSION, SECOND DISTRICT et al., Appellants.

*People ex rel. N. Y. C. R. R. Co.* v. *Public Service Comm.*, 177 App. Div. 208, affirmed.

(Argued March 4, 1918; decided March 19, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department,

entered May 8, 1917, which annulled an order of the public service commission directing the New York Central Railroad Company and the International Railway Company to make such switch or track connections of the railroads owned or operated by them respectively, in the city of Lockport, and to lay and install such other tracks and facilities as shall be necessary or proper to establish and furnish adequate and convenient interchange of freight in the city of Lockport in carload and less than carload lots from one of said railroads to the other; and that lawful tariff schedules be filed with the railroad commission by both of said carriers at or before the time of the installation of such interchange facilities which shall contain the just and reasonable charges for the switching service involved in said interchange.

*Ledyard P. Hale* for Public Service Commission, appellant.

*Charles Hickey* for Lockport Board of Commerce, appellant.

*Maurice C. Spratt* for New York Central Railroad Company, respondent.

*Morris Cohn, Jr.,* for International Railway Company, respondent.

*M. B. Pierce* for Erie Railroad Company, intervening.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, McLAUGHLIN and CRANE, JJ. Dissenting: CUDDEBACK and HOGAN, JJ.